UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HAROLD ORUM, # 706542, | |
| Plaintiff, | Case No. 1:12-cv-1258 |
| v. | HONORABLE PAUL L. MALONEY |
| AIMEE ROGERS, | **JUDGMENT** |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of defendant on plaintiff's claim for damages against defendant in her individual capacity. All other claims against defendant were dismissed.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Dated:  March 23, 2015          /s/ Paul L. Maloney
                                Paul L. Maloney
                                Chief United States District Judge